IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RONALD EUGENE GARNER**                                           **PETITIONER**

**VS.**                      **CASE NO. 5:08CV00218 JMM**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                              **RESPONDENT**

ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 17th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE